**Douglas Wayne THOMPSON, Appellant,**

v.

**Eric H. HOLDER, Jr., U.S. Deputy Attorney General and Office of Professional Responsibility, United States,** *Appellees.*

No. 00–5408.

United States Court of Appeals, District of Columbia Circuit.

May 24, 2001.

Before EDWARDS, Chief Judge; RANDOLPH and TATEL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). IT is

ORDERED AND ADJUDGED that the district court's September 29, 2000 final judgment be affirmed substantially for the

reasons stated in the memorandum and dismissal order filed the same date.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.